IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MAUREEN MCGINLEY, Grandmother; MARTIN MILDREXLER, Natural Parent; and MARTIN MILDREXLER, Natural Parent and Next of Friend Layla Halverson;<br><br>      Plaintiffs,<br><br>vs.<br><br>ALYSON GOEDKEN, Nebraska Department of Health and Human Services; and JILL AYERS, Family Support Worker, Visitation Facilitator, Foster Mother, Nebraska Department of Health and Human Services;<br><br>      Defendants. | 8:12CV3242<br><br>**MEMORANDUM AND ORDER** |

After conferring with the parties,

IT IS ORDERED that the initial progression order is as follows:

1) On or before April 12, 2013, Defendant Ayers shall file her amended answer to the plaintiff's complaint.

2) The parties' amended Rule 26(f) Report shall be filed on or before April 19, 2013.

3) At this time, the parties' discovery shall be focused on presenting to the court for early resolution the issues of qualified immunity, quasi-judicial immunity, and whether defendant Ayres was acting under color of state law at the times alleged in the complaint. All discovery on these issues, whether written or by deposition, shall be completed by July 8, 2012.

4) The deadline for filing motions to dismiss and motions for summary judgment on the issues of qualified immunity, quasi-judicial immunity, and whether defendant Ayres was acting under color of state law is August 9, 2013.

April 5, 2013.

                     BY THE COURT:

                     *s/ Cheryl R. Zwart*
                     United States Magistrate Judge