IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MAUREEN MCGINLEY, Grandmother; MARTIN MILDREXLER, Natural Parent; and MARTIN MILDREXLER, Natural Parent and Next of Friend Layla Halverson;<br><br>   Plaintiffs,<br><br>  vs.<br><br>ALYSON GOEDKEN, Nebraska Department of Health and Human Services, et al;<br><br>   Defendants. | 8:12CV3242<br><br>**MEMORANDUM AND ORDER** |

  Defendant Ayres' unopposed motion, (Filing No. 44), is granted, and the final progression order is amended as follows:

1)  A telephonic conference with the undersigned magistrate judge will be held on **July 16, 2013** at **9:00 a.m.** to discuss the status of case. Counsel for plaintiff shall place the call.

2)  The deadline for moving to amend pleadings or add parties is August 30, 2013

3)  The deadlines for complete expert disclosures, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the plaintiff(s):    July 30, 2013
    For the defendant(s):   August 30, 2013

June 28, 2013.

                 BY THE COURT:

                 *s/ Cheryl R. Zwart*
                 United States Magistrate Judge